**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| ROBERT MUNRO and CHARLES MILLER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>US LOGISTICS SOLUTIONS INC; TEN OAKS MANAGEMENT, LLC, and TOG FAS HOLDINGS LLC<br><br>Defendants. | Bankruptcy Case No. 24-32884<br>Chapter 7<br>Adversary Proceeding No.: 24-03128 |

**STIPULATION REGARDING RESPONSE DEADLINE FOR DEFENDANTS TEN OAKS MANAGEMENT, LLC AND TOG FAS HOLDINGS LLC**

It is hereby stipulated and agreed, by and between Plaintiffs Robert Munro and Charles Miller on behalf of themselves and all others similar situated ("Plaintiffs"), and Defendants Ten Oaks Management, LLC and TOG FAS Holdings LLC (the "Ten Oaks Defendants"), that the Ten Oaks Defendants' deadline to respond to Plaintiffs' Complaint / First Amended Complaint is extended to September 23, 2024.

1

IM-#10437431.1

Dated: August 15, 2024

/s/ *Jason G. Cohen*

**BRACEWELL LLP**

Jason G. Cohen (TX Bar 24050435)
Kelly Robreno Koster (TX Bar 24130508)
Deryck Van Alstyne (TX Bar 24126550)
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1362
Email: jason.cohen@bracewell.com
Email: kelly.koster@bracewell.com
Email: deryck.vanalstyne@bracewell.com

*Counsel for Defendants Ten Oaks Management LLC and TOG FAS Holdings LLC*

Dated: August 15, 2024

/s/ *Jason C. Webster*

**WEBSTER VICKNAIR MACLEOD**

Jason C. Webster (SDTX Bar No. 30910)
6200 Savoy Drive, Suite 150
Houston, Texas 77036
Telephone: (713) 581-3900
Email: filing@thewebsterlawfirm.com

*Counsel for Plaintiffs*

**LANKENAU & MILLER, LLP**

Stuart J. Miller, LLP
100 Church Street, 8th Floor
New York, NY 10007
Telephone: (212) 581-5005
jon@lankmill.com

**THE GARDNER FIRM, PC**

Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street, Suite 103
Mobile, Alabama 36602
Telephone: (251) 433-8100
molsen@thegardnerfirm.com

*Cooperating Attorneys for the NLG Maurice and Jane Sugar Law Center for Economic and Social Justice*

IM-#10437431.1

3

## Certificate of Service

The undersigned hereby certifies that on the 15th day of August 2024, a true and correct copy of the foregoing document was served via the Court's CM/ECF System on all parties who have subscribed for notice.

/s/ Jason G. Cohen
Jason G. Cohen

IM-#10437431.1