IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT MUNRO and CHARLES MILLER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>US LOGISTICS SOLUTIONS INC; TEN OAKS MANAGEMENT, LLC and TOG FAS HOLDINGS LLC<br><br>Defendants. | **Bankruptcy Case No. 24-32884**<br>**Chapter 7**<br>**Adversary Proceeding No.: 24-03128** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Robert Munro and Charles Miller, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), applicable hereto by Bankruptcy Rule 7041, hereby voluntarily dismiss this matter without prejudice.

September 16, 2024

*Attorneys for Plaintiffs*

BY: _ */s/ JASON C. WEBSTER*
**WEBSTER VICKNAIR MACLEOD**
JASON C. WEBSTER
SDTX BAR NO. 30910
6200 SAVOY DRIVE, SUITE 150
HOUSTON, TEXAS 77036
713.581.3900 (TELEPHONE)
713.581.3907 (FACSIMILE)
FILING@THEWEBSTERLAWFIRM.COM

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
100 Church Street

8th Floor
New York, NY 10007
O: (212) 581-5005
C: (917) 613-9983

THE GARDNER FIRM, PC
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
(251) 433-8100 (main)
(251) 415-4978 (direct)
(251) 433-8181 (fax)


Cooperating Attorneys for the NLG Maurice and
Jane Sugar Law Center for Economic and Social
Justice

2